## AVILA v. STATE.

### No. 23230.

Court of Criminal Appeals of Texas.

Nov. 28, 1945.

## REYES v. STATE.

### No. 23228.

Court of Criminal Appeals of Texas.

Nov. 28, 1945.

Wright Stubbs, of Austin, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for the offense of unlawfully carrying a pistol. The punishment assessed is a fine of $100.

There is not any statement of facts accompanying the transcript, nor are there any bills of exception to the admission or exclusion of any evidence. The complaint and information are sufficient to charge the offense.

F. G. Garza, of Mercedes, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Appellant was convicted on a charge of driving a motor vehicle while intoxicated and assessed a punishment of thirty days in jail and a fine of $50.

The record is before us without a statement of facts or bills of exception.

Appellant insists that his first application for a continuance should have been granted.

Complaints to the overruling of a continuance must be presented by a bill of exception. Attesting authorities will be found collated in 13 Texas Digest, p. 456, Criminal Law, ☞1090(7).

The judgment of the trial court is affirmed.